1068

[Nos. 26498-2-I; 30179-9-I.   Division One.   August 17, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST H.
ZIEGLER, *Appellant*.

*In the Matter of the Personal Restraint of*
ERNEST H. ZIEGLER, *Petitioner*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-1-00724-0, John E. Rutter, Jr., J., entered July 13, 1990, together with a petition for relief from personal restraint. Judgment *reversed* and petition *dismissed* by unpublished opinion per Baker, J., concurred in by Grosse, C.J., and Pekelis, J.

[No. 27297-7-I.   Division One.   August 17, 1992.]

ROBERT A. SARGENT, *Respondent*, v. WEYERHAEUSER
COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-21683-5, Mary Wicks Brucker, J., entered October 24, 1990. *Reversed* by unpublished opinion per Baker, J., concurred in by Coleman and Forrest, JJ.

[Nos. 26899-6-I; 29790-2-I; Division One.   August 17, 1992.]
   29990-5-I.

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN
L. MCCLINTOCK, *Appellant*.

*In the Matter of the Personal Restraint of*
MELVIN L. MCCLINTOCK, *Petitioner*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 87-1-00435-4, Daniel T. Kershner, J., entered August 15, 1990, together with a petition for relief from personal restraint. Appeals and petition *dismissed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Forrest, J.